NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BP AMERICA PRODUCTION COMPANY,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2020-2018

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-00607-TCW, Judge Thomas C. Wheeler.

---

## JUDGMENT

---

JAMES MICHAEL AUSLANDER, Beveridge and Diamond, PC, Washington, DC, argued for plaintiff-appellee. Also represented by PETER SCHAUMBERG.

MOLLIE LENORE FINNAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellant. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., ROBERT EDWARD KIRSCHMAN, JR., PATRICIA M. MCCARTHY; JENNIFER B. DICKEY, United States Chamber of Commerce, Washington, DC.

––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 6, 2021          /s/ Peter R. Marksteiner
     Date                     Peter R. Marksteiner
                              Clerk of Court